Fourth Department, March, 1907. [Vol. 118, App. Div.]

William L. Dobbin, Respondent, v. William C. Lautner, Appellant.— Judgment affirmed, with costs. All concurred.

Marvilla J. Rowley, Respondent, v. The New York Central and Hudson River Railroad Company and the Rome, Watertown and Ogdensburg Railroad Company, Appellants.— Judgment affirmed, with costs. All concurred.

Orlando S. Osterhout, Appellant, v. Bridget Hodge, Respondent.— Order reversed, with ten dollars costs and disbursements, and matter remitted to the County Court for determination. Held, that the affidavits of the plaintiff should have been considered by the County Court, together with the other papers. All concurred.

John H. McCabe, Appellant, v. G. F. Swift and Others, Respondents.— Judgment and order affirmed, with costs. All concurred; Kruse, J., not sitting.